JUDGE LEINENWEBER
MAGISTRATE JUDGE MCSHAIN

FILED
10/23/2023
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

EW 23-CR-567

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VERNON E. SMITH | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL MAY 2022 GRAND JURY charges:

On or about December 15, 2022, at Calumet Park, in the Northern District of Illinois, Eastern Division,

VERNON E. SMITH,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Glock model 31 semiautomatic pistol bearing serial number DDC540US, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## **FORFEITURE ALLEGATION**

The SPECIAL MAY 2022 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock model 31 semiautomatic pistol bearing serial number DDC540US, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
ACTING UNITED STATES ATTORNEY